B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re: Gregory Paul Detwiler
Theresa Ann Detwiler
Debtor(s)

Case No. 6:12-bk-15286
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America, N.a. | **Describe Property Securing Debt:**<br>4009 Natchez Trace Drive, St. Cloud, FL 34769 |

Property will be (check one):
■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Chase | **Describe Property Securing Debt:**<br>Residence at: 2924 Boating Blvd.<br>Kissimee, FL 34746 |

Property will be (check one):
■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt     ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** GE Capital | **Describe Property Securing Debt:** 2009 KTM Dirt Bike |

Property will be (check one):
   ☐ Surrendered           ☒ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☒ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ☒ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:** Green Tree Servicing | **Describe Property Securing Debt:** 4009 Natchez Trace Drive, St. Cloud, FL 34769 |

Property will be (check one):
   ☒ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ☒ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:** Midflorida Credit Union | **Describe Property Securing Debt:** 2005 Mercury Grand Marquis<br>Vehicle belongs to debtor's mother. Debtor is co-signer |

Property will be (check one):
   ☐ Surrendered           ☒ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☒ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ☒ Not claimed as exempt

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 6 | |
|---|---|
| Creditor's Name:<br>Santander Consumer Usa | Describe Property Securing Debt:<br>2012 Nissan Altima SL<br>VIN#1N4AL2APXCN536826<br>13,500 miles |

Property will be (check one):
   ☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt               ■ Not claimed as exempt

PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  October 24, 2013          Signature  *Gregory Paul Detwiler*
                                                                 Gregory Paul Detwiler
                                                                 Debtor

Date  October 24, 2013          Signature  *Theresa Detwiler*
                                                                 Theresa Ann Detwiler
                                                                 Joint Debtor